Ogonna Brown, Esq.
Nevada Bar No. 7589
OBrown@lrrc.om
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Plaintiff Louis Naiman*

Brian K. Murphy, Esq.
murphy@mmmb.com
Jonathan P. Misny, Esq.
misny@mmmb.com
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Tel: 614.488.0400
Fax: 614.488.0401

*Pro Hac Vice Applications Pending*

# IN THE UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS NAIMAN, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE RAVEN SOLAR, LLC, a Utah limited liability corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CIVIL ACTION FILE NO. 2:19-cv-01643<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT'S TO RESPOND TO PLAINTIFFS COMPLAINT; ORDER** |

IT IS HEREBY STIPULATED by and between the Plaintiff Louis Naiman, through its counsel of record, and Defendant Blue Raven Solar, LLC, on its own behalf, that Defendant Blue Raven Solar, LLC may have additional time within to answer or otherwise respond to Plaintiff Louis Naiman's Complaint. Therefore, the last day for Defendant Blue Raven Solar, LLC to answer or otherwise respond to is Monday, October 28, 2019.

Good cause exists for this extension as Defendant Blue Raven Solar, LLC has not yet retained local counsel and additional time is required to retain such counsel and provide him or her with time to become knowledgeable about the case and to prepare initial pleadings.

| | |
|---|---|
| 1 | Counsel for Plaintiff hereby attests that (1) the content of this Stipulation is acceptable to |
| 2 | all persons signing this document; (2) Defendant Blue Raven Solar, LLC has concurred with the |
| 3 | filing of this document; and (3) a record supporting this concurrence is available for inspection |
| 4 | or production if so ordered. |

Respectfully submitted,

DATED: October 16, 2019

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: _____
Oganna Brown, Bar No. 7589
OBrown@lrrc.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398
*Attorney for Plaintiff Louis Naiman*

DATED: October 16, 2019

BLUE RAVEN SOLAR, LLC

By: _____
Joshua Neves, General Counsel
Blue Raven Solar, LLC
1403 N. Research Way
Orem, UT 84097
Tel: 385-498-4408
*Defendant Blue Raven Solar, LLC*

**ORDER**

Pursuant to the parties' Stipulation and good cause showing, **IT IS SO ORDER**. Defendant Blue Raven Solar, LLC should answer or otherwise respond to Plaintiff Louis Naiman's Complaint on or before Monday, October 28, 2019.

Dated: October 21, 2019

_____
U.S. MAGISTRATE JUDGE