1  Ogonna Brown
   Nevada Bar No. 7589
2  Lewis Roca Rothgerber Christie LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV 89169
   (702) 949-8200
4  obrown@lrrc.com

5  *Counsel for Plaintiff Louis Naiman*

6  Jeff Silvestri
   Nevada Bar No. 5779
7  McDonald Carano LLP
   2300 W. Sahara Avenue, Suite 1200
8  Las Vegas, NV 89102
   (702) 873-4100
9  jsilvestri@mcdonaldcarano.com

10
11 *Counsel for Defendant Blue Raven Solar, LLC*

12 [*Additional Counsel Listed on Signature Page*]

DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
(206) 622-3150 FAX: (206) 757-7700

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BLUE RAVEN SOLAR, LLC, a Utah limited liability corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | NO. 2:19-cv-01643-JAD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING RE: JOINT REPORT AND [PROPOSED] STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER (ECF NO. 17)**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Plaintiff Louis Naiman ("Mr. Naiman") and Defendant Blue Raven Solar, LLC ("Blue Raven Solar") (collectively, the "Parties"), through their counsel of record, hereby stipulate and respectfully request that the Court continue the hearing Re: Joint Report and [Proposed] Stipulated Discovery Plan and Scheduling Order (ECF No. 17) from December 23, 2019, at 10:30 a.m., until January 15, 2020, at 10:30 a.m. in light of pre-existing scheduling conflicts of counsel.

Counsel for Blue Raven Solar hereby attests that: (1) the content of the Stipulation is acceptable to all persons signing this document; (2) Plaintiff Louis Naiman through his counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection and production if so ordered.

## [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and good cause showing, the hearing Re: Joint Report and [Proposed] Stipulated Discovery Plan and Scheduling Order (ECF No. 17) scheduled for Monday, December 23, 2019, at 10:30 a.m., in LV Courtroom 3D before Magistrate Judge Elayna J. Youchah is continued until **Tuesday, January 14, 2020, at 10:30 a.m.** in LV Courtroom 3C before the same judge.

**IT IS SO ORDERED.**

DATED this 19th day of December, 2019.

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted December 18, 2019

*/s/ Ogonna Brown*

Ogonna Brown
Nevada Bar No. 7589
Lewis Roca Rothgerber Christie LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 949-8200
obrown@lrrc.com

Brian K. Murphy
Admitted *Pro Hac Vice*
Jonathan P. Misny
Admitted *Pro Hac Vice*
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
(614) 488-0400
murphy@mmmb.com
misny@mmmb.com

*Attorneys for Plaintiff Louis Naiman*

*/s/ Kenneth E. Payson*

Kenneth E. Payson
Admitted *Pro Hac Vice*
Davis Wright Tremaine LLP
920 Fifth Ave., Suite 3300
Seattle, WA 98104
(206) 757-8126
kennethpayson@dwt.com

James H. Moon
Admitted *Pro Hac Vice*
Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
(213) 633-6819
jamesmoon@dwt.com

Jeff Silvestri
Nevada Bar No. 5779
McDonald Carano LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
(702) 873-4100
jsilvestri@mcdonaldcarano.com

*Attorneys for Defendant Blue Raven Solar, LLC*

DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
(206) 622-3150 FAX: (206) 757-7700