Brian K. Murphy (admitted *pro hac vice*)
murphy@mmmb.com
Jonathan P. Misny (admitted *pro hac vice*)
misny@mmmb.com
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Tel: 614.488.0400
Fax: 614.488.0401

Kenneth E. Payson (admitted *pro hac vice*)
kennethpayson@dwt.com
Davis Wright Tremaine LLP
920 Fifth Ave., Suite 3300
Seattle, WA 98104
Tel.: 206.757.8126

*Counsel for Defendant Blue Raven Solar, LLC*

*Attorneys for Plaintiff Louis Naiman*

[*Additional Counsel Listed on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS NAIMAN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE RAVEN SOLAR, LLC,<br><br>Defendant. | No. 2:19-cv-1643-JAD-EJY<br><br>**JOINT MOTION TO EXTEND DEADLINES** |

Plaintiff Louis Naiman and Defendant Blue Raven Solar, LLC respectfully move this Court for an extension of the upcoming deadlines set forth in the Case Scheduling Order entered on January 31, 2020 (Doc. 31). The parties request this extension of the case schedule to allow them additional time to complete discovery during the ongoing COVID-19 pandemic.

The parties have worked diligently to complete this phase of discovery according to the schedule previously entered by the Court despite the current circumstances. To date, the parties have agreed on search terms to apply to Blue Raven's document collected and Blue Raven recently completed their production of documents. The parties have also exchanged potential deposition dates for depositions that Plaintiff has noticed. The new proposed deadlines should provide sufficient time for the parties to negotiate a protocol for remote depositions of Blue Raven's witnesses, complete a supplemental collection and production of documents, and take all noticed depositions. The parties have tentatively agreed to schedule depositions for July and

August 2020 to accommodate the witnesses' availability, allow time to negotiate a remote deposition protocol due to the limitations on travel applicable to the parties, witnesses, and their attorneys, and allow for the completion of the supplemental document production (i.e., a production of documents created after the initial collection of documents earlier this year).

The parties request that the following deadlines be extended as indicated below to ensure sufficient time to complete this phase of discovery prior to briefing on a motion for summary judgment:

| EVENT: | CURRENT DATE: | PROPOSED DATE: |
| --- | --- | --- |
| Deadline for discovery into vicarious liability issues | May 29, 2020 | August 28, 2020 |
| Amendment of Pleadings | June 12, 2020 | September 11, 2020 |
| Deadline for Blue Raven Solar's motion for summary judgment on vicarious liability | June 19, 2020 | September 18, 2020 |
| Deadline for Mr. Naiman's opposition to motion for summary judgment | July 10, 2020 | October 9, 2020 |
| Deadline for Blue Raven Solar's reply in support of motion for summary judgment | July 24, 2020 | October 23, 2020 |

A proposed Order is attached.

Respectfully submitted,

| | |
|---|---|
| **/s/ Jonathan P. Misny** | **/s/ James H. Moon, per auth. 5/29/20** |
| Brian K. Murphy (admitted *pro hac vice*) | Kenneth E. Payson (admitted *pro hac vice*) |
| murphy@mmmb.com | kennethpayson@dwt.com |
| Jonathan P. Misny (admitted *pro hac vice*) | Davis Wright Tremaine LLP |
| misny@mmmb.com | 920 Fifth Ave., Suite 3300 |
| Murray Murphy Moul + Basil LLP | Seattle, WA 98104 |
| 1114 Dublin Road | Tel.: 206.757.8126 |
| Columbus, OH 43215 | |
| Tel.: 614.488.0400 | James H. Moon (admitted *pro hac vice*) |
| Fax: 614.488.0401 | jamesmoon@dwt.com |
| | Davis Wright Tremaine LLP |
| Ogonna Brown, Bar No. 7589 | 865 South Figueroa Street, Suite 2400 |
| OBrown@lrrc.com | Los Angeles, CA 90017 |
| 3993 Howard Hughes Parkway, Suite 600 | Tel.: 213.633.6819 |
| Las Vegas, NV 89169 | |
| Tel.: 702.949.8200 | Jeff Silvestri, Bar No. 5779 |
| Fax: 702.949.8398 | jsilvestri@mcdonaldcarano.com |
| | McDonald Carano LLP |
| *Counsel for Plaintiff* | 2300 W. Sahara Avenue, Suite 1200 |
| | Las Vegas, NV 89102 |
| | Tel.: 702.873.4100 |
| | |
| | *Counsel for Defendant* |

| | |
|---|---|
| Brian K. Murphy (admitted *pro hac vice*) <br> murphy@mmmb.com <br> Jonathan P. Misny (admitted *pro hac vice*) <br> misny@mmmb.com <br> Murray Murphy Moul + Basil LLP <br> 1114 Dublin Road <br> Columbus, OH 43215 <br> Tel: 614.488.0400 <br> Fax: 614.488.0401 | Kenneth E. Payson (admitted *pro hac vice*) <br> kennethpayson@dwt.com <br> Davis Wright Tremaine LLP <br> 920 Fifth Ave., Suite 3300 <br> Seattle, WA 98104 <br> Tel.: 206.757.8126 <br><br> *Counsel for Defendant Blue Raven Solar, LLC* |

*Attorneys for Plaintiff Louis Naiman*

[*Additional Counsel Listed on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS NAIMAN, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BLUE RAVEN SOLAR, LLC, <br><br> Defendant. | No. 2:19-cv-1643-JAD-EJY <br><br> **AMENDED CASE SCHEDULING ORDER** |

Upon joint motion of the parties, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the following deadlines set forth in the Case Scheduling Order entered on January 31, 2020 (Doc. 31) are hereby extended as indicated below:

| EVENT: | PREVIOUS DEADLINE: | EXTENDED UP TO AND INCLUDING: |
|---|---|---|
| Deadline for discovery into vicarious liability issues | May 29, 2020 | August 28, 2020 |
| Amendment of Pleadings | June 12, 2020 | September 11, 2020 |
| Deadline for Blue Raven Solar's motion for summary judgment on vicarious liability | June 19, 2020 | September 18, 2020 |

| EVENT: | PREVIOUS DEADLINE: | EXTENDED UP TO AND INCLUDING: |
|---|---|---|
| Deadline for Mr. Naiman's opposition to motion for summary judgment | July 10, 2020 | October 9, 2020 |
| Deadline for Blue Raven Solar's reply in support of motion for summary judgment | July 24, 2020 | October 23, 2020 |

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

Dated: May 29, 2020

2