Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

**SQUIRE PATTON BOGGS (US) LLP**
Eric J. Troutman (State Bar # 229263)
(*pro hac vice* to be submitted)
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone:     +1 213 624 2500
Facsimile:     +1 213 623 4581
Eric.Troutman@squirepb.com

Attorneys for Defendants
Renovation Referral LLC and Gabriel Alan Solomon

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS NAIMAN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE RAVEN SOLAR, LLC and RENOVATION REFERRAL LLC and GABRIEL ALAN SOLOMON<br><br>Defendants. | CASE NO.: 2:19-cv-1643-JAD-EJY<br><br>**GABRIEL ALAN SOLOMON AND RENOVATION REFERRAL LLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendants Renovation Referral LLC and Gabriel Alan Solomon (collectively, "Defendants") hereby move to extend the time to answer or otherwise respond to the First Amended Complaint. (ECF No. 42). This Motion is made in accordance with LR IA 6-1 and LR IA 6-2. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's First Amended Complaint.

Plaintiff filed his First Amended Complaint on July 8, 2020 and purports to have served Defendants on July 25, 2020. (ECF Nos. 47 and 48). Immediately upon being retained for this matter, counsel for Defendants reached out to Plaintiff's counsel, Brian K. Murphy, who stated Plaintiff was amenable to a 30-day extension to respond to the First Amended Complaint. Further, good cause exists for this extension as defense counsel has just been retained for this case and requires time to become knowledgeable about the case to prepare an initial pleading.

This is Defendants' first request for an extension of time to respond to the First Amended Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow Defendants time to investigate Plaintiff's claims.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including September 16, 2020, for Defendants to file an answer or otherwise respond to Plaintiff's First Amended Complaint.

Dated: August 17, 2020

Respectfully Submitted,

*/s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145

Eric J. Troutman (State Bar # 229263)
(*pro hac vice* to be submitted)
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

**ORDER**

Pursuant to the unopposed Motion, **IT IS SO ORDERED**. Defendants should answer or otherwise respond to Plaintiff's Complaint on or before September 16, 2020.

DATED: August 18, 2020

UNITED STATES MAGISTRATE JUDGE