# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS NAIMAN, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE RAVEN SOLAR, LLC, et al.,<br><br>    Defendants. | No. 2:19-cv-1643-JAD-EJY<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>ECF No. 67 |

Upon the motion of Plaintiff, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's deadline for filing a response to Defendant Gabriel Alan Solomon's Motion to Dismiss the First Amended Complaint is hereby extended up to and including October 14, 2020.

The unopposed motion to extend time **[ECF No. 67] is GRANTED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 5, 2020