Stephen A. Watkins (Cal. SBN 205175)
watkinss@cmtlaw.com
*Admitted pro hac vice*
**CARLSON & MESSER LLP**
5901 W. Century Blvd. #1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
Attorneys for Defendant,
DEFENDANT GABRIEL ALAN SOLOMON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BLUE RAVEN SOLAR, LLC and RENOVATION REFERRAL LLC and GABRIEL ALAN SOLOMON,<br><br>Defendants | CASE NO. 2:19-cv-01643-JAD-DJY<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS** |

TO THE HONORABLE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 201(b) of the Federal Rules of Evidence, Defendant GABRIEL SOLOMON ("Defendant") requests judicial notice of the following documents submitted in support of Defendant's Reply in Support of Motion to Dismiss

A.   First Amended Complaint, *Declements v. Americana Holdings LLC,* No. CV-20-00166-PHX-DLR, (D. Ariz. Mar. 26, 2020)

B.   Motion to Dismiss, *Declements v. Americana Holdings LLC,* No. CV-20-00166-PHX-DLR, (D. Ariz. May 4, 2020)

C.   Opposition to Motion to Dismiss, *Declements v. Americana Holdings LLC,* No. CV-20-00166-PHX-DLR, (D. Ariz. June 6, 2020)

D.   Reply in Support of Motion to Dismiss, *Declements v. Americana Holdings LLC,* No. CV-20-00166-PHX-DLR, (D. Ariz. June 24, 2020)

Dated:  October 21, 2020                    CARLSON & MESSER LLP

                                            s/Stephen A. Watkins
                                            Stephen A. Watkins
                                            Attorney for Defendant,
                                            GABRIEL SOLOMON

## CERTIFICATE OF SERVICE

I, Stephen A. Watkins, hereby certify that on this 21st day of October, 2020, a true and accurate copy of the foregoing REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

      /s/Stephen A. Watkins
Stephen A. Watkins
CARLSON & MESSER LLP