Orgonna Brown, Bar No. 7589
OBrown@lrrc.com
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8200
Fax: 702.949.8398

Brian K. Murphy (admitted *pro hac vice*)
murphy@mmmb.com
Jonathan P. Misny (admitted *pro hac vice*)
misny@mmmb.com
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Tel.: 614.488.0400
Fax: 614.488.0401

*Attorneys for Plaintiff Louis Naiman*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS NAIMAN and KENNETH JOHANSEN, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE RAVEN SOLAR, LLC, et al.,<br><br>Defendants. | Consolidated Case No. 2:19-cv-01643-JAD-EJY<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Kenneth Johansen, Plaintiff Louis Naiman, and Defendant Blue Raven Solar, LLC in the above-captioned matter stipulate to and jointly request that the Court enter an order dismissing with prejudice all of Plaintiff's claims in this consolidated action against Blue Raven and without award of fees or costs to any party. So stipulated this __ day of October, 2021.

PARONICH LAW, P.C.

By: /s/ **Anthony I. Paronich**
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

Brian K. Murphy (admitted *pro hac vice*)
murphy@mmmb.com
Jonathan P. Misny (admitted *pro hac vice*)
misny@mmmb.com

1

4891-2885-8625v.3 0114673-000001

1114 Dublin Road
Columbus, OH 43215
Tel.: 614.488.0400
Fax: 614.488.0401
Ogonna Brown, Bar No. 7589
OBrown@lrrc.com
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8200
Fax: 702.949.8398
*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

By:   /s/ Kenneth E. Payson
        Kenneth E. Payson (admitted *pro hac vice*)
        920 Fifth Ave., Suite 3300
        Seattle, WA 98104
        (206) 757-8126
        kennethpayson@dwt.com

        James H. Moon (admitted *pro hac vice*)
        Davis Wright Tremaine LLP
        865 S. Figueroa St., Suite 2400
        Los Angeles, CA 90017
        (213) 633-6819
        jamesmoon@dwt.com

        Jeff Silvestri (Nevada Bar No. 5779)
        McDonald Carano LLP
        2300 W. Sahara Avenue, Suite 1200
        Las Vegas, NV 89102
        (702) 873-4100
        *jsilvestri@mcdonaldcarano.com*

        *Attorneys for Defendant Blue Raven Solar, LLC*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED:_____

2

4891-2885-8625v.3 0114673-000001

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ **Anthony I. Paronich**
Anthony I. Paronich