Orgonna Brown, Bar No. 7589
OBrown@lrrc.com
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8200
Fax: 702.949.8398

Brian K. Murphy (admitted *pro hac vice*)
murphy@mmmb.com
Jonathan P. Misny (admitted *pro hac vice*)
misny@mmmb.com
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Tel.: 614.488.0400
Fax: 614.488.0401

*Attorneys for Plaintiff Louis Naiman*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS NAIMAN and KENNETH JOHANSEN, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE RAVEN SOLAR, LLC, et al.,<br><br>Defendants. | Consolidated Case No. 2:19-cv-01643-JAD-EJY<br><br>**ORDER DISMISSING CLAIMS AGAINST BLUE RAVEN SOLAR, LLC ON STIPULATED MOTION**<br><br>ECF No. 81 |

**STIPULATED MOTION**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Kenneth Johansen, Plaintiff Louis Naiman, and Defendant Blue Raven Solar, LLC in the above-captioned matter stipulate to and jointly request that the Court enter an order dismissing with prejudice all of Plaintiff's claims in this consolidated action against Blue Raven and without award of fees or costs to any party.So stipulated this __ day of October, 2021.

PARONICH LAW, P.C.

By: **/s/ Anthony I. Paronich**
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

Brian K. Murphy (admitted *pro hac vice*)
murphy@mmmb.com
Jonathan P. Misny (admitted *pro hac vice*)
misny@mmmb.com

1

4891-2885-8625v.3 0114673-000001

1114 Dublin Road
Columbus, OH 43215
Tel.: 614.488.0400
Fax: 614.488.0401
Ogonna Brown, Bar No. 7589
OBrown@lrrc.com
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8200
Fax: 702.949.8398
*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

By:    /s/ Kenneth E. Payson
Kenneth E. Payson (admitted *pro hac vice*)
920 Fifth Ave., Suite 3300
Seattle, WA 98104
(206) 757-8126
kennethpayson@dwt.com

James H. Moon (admitted *pro hac vice*)
Davis Wright Tremaine LLP
865 S. Figueroa St., Suite 2400
Los Angeles, CA 90017
(213) 633-6819
jamesmoon@dwt.com

Jeff Silvestri (Nevada Bar No. 5779)
McDonald Carano LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
(702) 873-4100
*jsilvestri@mcdonaldcarano.com*

*Attorneys for Defendant Blue Raven Solar, LLC*

**ORDER**

With good cause appearing, IT IS HEREBY ORDERED that the Stipulated Motion [ECF No. 81] is GRANTED. The claims against Defendant Blue Raven Solar, LLC are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 29, 2021

4891-2885-8625v.3 0114673-000001