| | |
|---|---|
| Ogonna Brown, Bar No. 7589 | Brian K. Murphy (admitted *pro hac vice*) |
| | murphy@mmmb.com |
| OBrown@lrrc.com | Jonathan P. Misny (admitted *pro hac vice*) |
| Lewis Roca Rothgerber Christie LLP | misny@mmmb.com |
| 3993 Howard Hughes Parkway, Suite 600 | Murray Murphy Moul + Basil LLP |
| Las Vegas, NV  89169 | 1114 Dublin Road |
| Tel.: 702.949.8200 | Columbus, OH 43215 |
| Fax: 702.949.8398 | Tel.: 614.488.0400 |
| | Fax: 614.488.0401 |

*Attorneys for Plaintiff Louis Naiman*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS NAIMAN and KENNETH JOHANSEN, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RENOVATION REFERRAL, LLC, and GABRIEL ALAN SOLOMON<br><br>Defendants. | No. 2:19-cv-1643-JAD-EJY<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kenneth Johansen and Louis Naiman files this Notice of Voluntary Dismissal with prejudice of all of Plaintiff's claims in this action against both remaining defendants. and without award of fees or costs to either party.

PARONICH LAW, P.C.

By: **/s/ Anthony I. Paronich**
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com
Brian K. Murphy (admitted *pro hac vice*)
murphy@mmmb.com
Jonathan P. Misny (admitted *pro hac vice*)
misny@mmmb.com
1114 Dublin Road
Columbus, OH 43215
Tel.: 614.488.0400
Fax: 614.488.0401

Ogonna Brown, Bar No. 7589
OBrown@lrrc.com
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8200
Fax: 702.949.8398

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2021, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ **Anthony I. Paronich**
Anthony I. Paronich

1